IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KENNETH PARRISH,

    Plaintiff,                       JUDGMENT IN A CIVIL CASE

v.                                     12-cv-750-bbc

DEBORAH McCULLOCH and
WILLIAM PARKER,

    Defendants.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Deborah McCulloch and William Parker granting their motion for summary judgment and dismissing this case.

| /s/ | 3/17/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |