IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

KENNETH PARRISH,

               Plaintiff,                  ORDER

            v.                             12-cv-750-bbc

DEBORAH McCULLOCH and
WILLIAM PARKER,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Judgment was entered in this case on January 31, 2014, after defendants prevailed on their' motion for summary judgment. Now plaintiff has filed a notice of appeal. Because the notice is not accompanied by the $505 fee for filing his appeal, I construe it as including a request for leave to proceed on appeal in forma pauperis.

      Plaintiff's request is governed by the 1996 Prison Litigation Reform Act, which means that this court must determine first whether plaintiff's request must be denied either because he has three strikes against him under 28 U.S.C. § 1915(g) or because the appeal is not taken in good faith. Plaintiff does not have three strikes against him, and I do not intend to certify that his appeal is not taken in good faith.

      The only other hurdle to plaintiff's proceeding with his appeal in forma pauperis is the requirement that he make an initial partial payment of the filing fee that has been

1

calculated from a certified copy of his trust fund account statement for the six-month period immediately preceding the filing of his notice of appeal. 28 U.S.C. § 1915(a)(2). Plaintiff has not submitted the necessary trust fund account statement. Until he does so, I cannot determine whether he is indigent and, if he is, the amount of his initial partial payment.

Accordingly, IT IS ORDERED that plaintiff may have until April 21, 2014, in which to submit a certified copy of his trust fund account statement for the six-month period from approximately September 26, 2013 to March 26, 2014. If, by April 21, 2014, plaintiff fails to submit the required trust account statement or show cause for his failure to do so, I will deny his request for leave to proceed in forma pauperis on the ground that he has failed to show that he is entitled to indigent status on appeal.

Entered this 1st day of April, 2014.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge