IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KENNETH PARRISH,

    Plaintiff,

v.

DEBORAH McCULLOCH and
WILLIAM PARKER,

    Defendants.

ORDER

Case No.  12-cv-750-bbc

    As directed by this court's order of April 1, 2014, plaintiff Kenneth Parrish has submitted a certified copy of his resident account statement so that a determination may be made whether he is indigent for the purpose of proceeding on appeal *in forma pauperis* and if he is, what amount must be assessed.  (In the April 1 order, this court found that plaintiff's appeal is not taken in bad faith.)  This court uses one method for determining the indigent status of all institutionalized persons, even those like plaintiff who are not subject to the 1996 Prison Litigation Reform Act.  *See Longbehn v. United States*, 169 F.3d 1082 (7th Cir. 1999).

    From plaintiff's trust fund account statement, I conclude that he qualifies for indigent status.  Further, I assess plaintiff an initial partial payment of the $505 fee for filing his appeal in the amount of $27.16.  Plaintiff should show a copy of this order to institution officials to make sure they are aware they should send plaintiff's initial partial appeal payment to this court.

ORDER

IT IS ORDERED that

1. Plaintiff Kenneth Parrish's request for leave to proceed *in forma pauperis* on appeal is GRANTED. Plaintiff may have until May 5, 2014, in which to submit a check or money order made payable to the clerk of court in the amount of $27.16. If, by May 5, 2014, plaintiff fails to pay the initial partial payment or explain his failure to do so, then I will advise the court of appeals of his noncompliance in paying the assessment so that it may take whatever steps it deems appropriate with respect to this appeal.

Further, the clerk of court is requested to insure that the court's financial records reflect plaintiff's obligation to pay the $27.16 initial partial payment and the remainder of the $505 fee.

Entered this 11th day of April, 2014.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge